# EXHIBIT 2



## RayVio UV LED Technology Available Worldwide from Digi-Key

*THIEF RIVER FALLS, Minnesota, USA - August 22, 2017* — RayVio's portfolio of UVB and UVC LEDs are available for immediate shipment globally through Digi-Key Electronics, a global electronic components distributor, as the result of a new distribution agreement.

RayVio is a leader in UV LEDs, specializing in UVB and UVC technology. This exciting and emerging technology within the UV lighting industry is being harnessed to both protect people from infection and treat certain skin conditions.

"Partnering with Digi-Key is an important step forward for those companies that are combating the spread of germs, bacteria, and viruses through communities," said Dr. Robert C. Walker, CEO of RayVio. "Easy access to the latest UV LED technology will allow products like humidifiers, water bottles and pitchers, toothbrushes and more to incorporate disinfection capabilities and promote better health and hygiene."

RayVio UV LEDs deliver 1-70 mW of power and unprecedented quality and reliability. They are ideal for health, hygiene, water and surface disinfection, skin care/phototherapy, and horticulture applications, among many others.

"We are excited to partner with RayVio as they are our first lighting supplier to focus solely on UVB and UVC LEDs and their applications," said David Stein, VP, Global Semiconductor at Digi-Key. "It's an emerging market with unlimited applications within the health and hygiene industries, and we believe our customers will be able to use these products to create and bring innovative and beneficial projects into the consumer space."



**RayVio XE Series UV Emitter**

For more information about RayVio and to see their entire product listing, please visit their Supplier Center page on the Digi-Key website.

To learn more about UVB and UVC and how they can be used to benefit human health, check out Digi-Key's article "Ultraviolet Radiation – Its Attributes and Benefits" featuring RayVio products.

### About RayVio

RayVio Corp. is an advanced health and hygiene company that delivers clean water and environments. RayVio helps protect billions from germs and creates new markets and revenue streams by enabling a new class of products. Its powerful and efficient UV LED technology can be integrated into a variety of applications, powering versatile on-demand solutions that give consumers control over health without chemicals or costly consumables.

### About Digi-Key Electronics

Digi-Key Electronics, headquartered in Thief River Falls, Minn., USA, is an authorized global, full-service distributor of electronic components, offering more than six million products, with over 1.3 million in stock and available for immediate shipment, from over 650 quality name-brand manufacturers. Digi-Key also offers a wide variety of online resources such as EDA and design tools, datasheets, reference designs, instructional articles and videos, multimedia libraries, and much more. Technical support is available 24/7 via email, phone and webchat. Additional information and access to Digi-Key's broad product offering can be found by visiting www.digikey.com.

**Editorial Contact for Digi-Key Electronics**
Kayla Krosschell
PR & Marketing Communications Specialist
1.800.338.4105 x1098
kayla.krosschell@digikey.com
publicrelations@digikey.com

| Press Releases | Digi-Key in the News | Events | Media Contacts |
|---|---|---|---|
| Viking Technology Memory and Storage Solutions Available Worldwide through Digi-Key | New in Digi-Key Article Library: Rapid Development of a Compact Mobile Cold Chain Temperature Monitoring System<br>TechWire International - 2017-09-11 | **Microchip European Masters Conference**<br>2017-09-12 - 2017-09-14<br>Berlin, Germany | **Kayla Krosschell**<br>PR & Marketing Communications Specialist<br>1-800-344-4539 x1098<br>kayla.krosschell@digikey.com |
| Digi-Key Wraps Up Summer Break with University Life Inspired Video Series | Digi-Key Ships TinyCircuits Portfolio of Small Open Source Electronics<br>EPSNews - 2017-09-05 | **World Maker Faire New York**<br>2017-09-23 - 2017-09-24<br>New York City, NY | **Emma Girton**<br>PR & Marketing Communications Specialist<br>1-800-344-4539 x2230<br>emma.girton@digikey.com |
| Annual Back2School Contest from Digi-Key Offers Higher Ed | | View all Events | |

Students a Chance to Win
Amazing Prizes

View all Press Releases

Digi-Key Wins Supplier Plaudit
From Trivo Technologies
Electronic Specifier - 2017-09-05

View all Digi-Key In The News

View all Contact Information

Copyright © 1995-2017, Digi-Key Electronics.
All Rights Reserved.
701 Brooks Avenue South,
Thief River Falls, MN 56701 USA