# EXHIBIT 3



**Product Index > Optoelectronics > Infrared, UV, Visible Emitters**

Share

**Results:** 26

Search Within Results

| Packaging | Series | Current - DC Forward (If) (Max) | Voltage - Forward (Vf) (Typ) | Package / Case |
|---|---|---|---|---|
| Cut Tape (CT) | XE | 150mA | 6.5V | Star Array |
| Digi-Reel® | XP | 200mA | 26V | 2-SMD, No Lead, Exposed Pad |
| Tape & Reel (TR) | | | | 1414 (3535 Metric) |
| Tray | | | | |

**Stock Status**
☐ In Stock
☐ Normally Stocking
☐ New Products

**Media Available**
☐ Datasheet
☐ Photo
☐ EDA / CAD Models

**Environmental**
☐ RoHS Compliant
☐ Non-RoHS Compliant

[Clear All Selections] [Apply Filters]

**Applied Filters:** Manufacturer  Submit Query

Results per Page 500  Page 1/1  Enter Quantity  [Download Table]

| Compare Parts | | Image | Digi-Key Part Number | Manufacturer Part Number | Manufacturer | Description | Quantity Available | Unit Price USD | Minimum Quantity | Packaging | Series | Part Status | Type | Current - DC Forward (If) (Max) | Radiant Intensity (Ie) Min @ If | Wavelength | Voltage - Forward (Vf) (Typ) | Viewing Angle | Orientation | Operating Temperature | Mounting Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | | | | | | | | | | | | | | | | | | | | | |
| ☐ | 📄 | 🖼 | 1807-1000-2-ND | RVXE-280-SM-071004 | RayVio Corporation | EMITTER UV 280NM 150MA 2.5MW SMD | 0 Standard Lead Time 8 Weeks | 2.67750 | 3,000 | Tape & Reel (TR) Alternate Packaging | XE | Active | Ultraviolet (UV) | 150mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | 📄 | 🖼 | 1807-1000-1-ND | RVXE-280-SM-071004 | RayVio Corporation | EMITTER UV 280NM 150MA 2.5MW SMD | 127 - Immediate | 6.93000 | 1 | Cut Tape (CT) Alternate Packaging | XE | Active | Ultraviolet (UV) | 150mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | 📄 | 🖼 | 1807-1000-6-ND | RVXE-280-SM-071004 | RayVio Corporation | EMITTER UV 280NM 150MA 2.5MW SMD | 127 - Immediate | Digi-Reel® | 1 | Digi-Reel® Alternate Packaging | XE | Active | Ultraviolet (UV) | 150mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | 📄 | 🖼 | 1807-1001-2-ND | RVXE-280-SM-071504 | RayVio Corporation | EMITTER UV 280NM 150MA 4MW SMD | 0 Standard Lead Time 8 Weeks | 6.12500 | 3,000 | Tape & Reel (TR) Alternate Packaging | XE | Active | Ultraviolet (UV) | 150mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | 📄 | 🖼 | 1807-1001-1-ND | RVXE-280-SM-071504 | RayVio Corporation | EMITTER UV 280NM 150MA 4MW SMD | 225 - Immediate | 12.67000 | 1 | Cut Tape (CT) Alternate Packaging | XE | Active | Ultraviolet (UV) | 150mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | 📄 | | 1807-1001-6-ND | RVXE-280-SM-071504 | RayVio Corporation | EMITTER UV 280NM | 225 - Immediate | Digi-Reel® | 1 | | XE | Active | Ultraviolet (UV) | 150mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |

| Compare Parts | | Image | Digi-Key Part Number | Manufacturer Part Number | Manufacturer | Description | Quantity Available | Unit Price USD | Minimum Quantity | Packaging | Series | Part Status | Type | Current - DC Forward (If) (Max) | Radiant Intensity (Ie) Min @ If | Wavelength | Voltage - Forward (Vf) (Typ) | Viewing Angle | Orientation | Operating Temperature | Mounting Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | 150MA 4MW SMD | | | | Digi-Reel® Alternate Packaging | | | | | | | | | | | |
| ☐ | | | 1807-1002-2-ND | RVXE-280-SM-072604 | RayVio Corporation | EMITTER UV 280NM 150MA 6MW SMD | 0 Standard Lead Time 8 Weeks | 15.43500 | 3,000 | Tape & Reel (TR) Alternate Packaging | XE | Active | Ultraviolet (UV) | 150mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1002-1-ND | RVXE-280-SM-072604 | RayVio Corporation | EMITTER UV 280NM 150MA 6MW SMD | 216 - Immediate | 29.80000 | 1 | Cut Tape (CT) Alternate Packaging | XE | Active | Ultraviolet (UV) | 150mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1002-6-ND | RVXE-280-SM-072604 | RayVio Corporation | EMITTER UV 280NM 150MA 6MW SMD | 216 - Immediate | Digi-Reel® | 1 | Digi-Reel® Alternate Packaging | XE | Active | Ultraviolet (UV) | 150mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1005-ND | RVXE-280-SB-072604 | RayVio Corporation | EMITTER UV 280NM 150MA 6MW SMD | 40 - Immediate | 32.25000 | 4 | Tray | XE | Active | Ultraviolet (UV) | 150mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1009-ND | RVXP1-280-SB-074908 | RayVio Corporation | EMITTER UV 280NM 200MA 14MW SMD | 12 - Immediate | 68.06000 | 4 | Tray | XP | Active | Ultraviolet (UV) | 200mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1006-ND | RVXP1-280-SM-074908 | RayVio Corporation | EMITTER UV 280NM 200MA 14MW SMD | 20 - Immediate | 68.25000 | 4 | Tray | XP | Active | Ultraviolet (UV) | 200mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1007-ND | RVXP1-280-SM-075408 | RayVio Corporation | EMITTER UV 280NM 200MA 18MW SMD | 20 - Immediate | 78.00000 | 4 | Tray | XP | Active | Ultraviolet (UV) | 200mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1010-ND | RVXP1-280-SB-075408 | RayVio Corporation | EMITTER UV 280NM 200MA 18MW SMD | 12 - Immediate | 81.00000 | 4 | Tray | XP | Active | Ultraviolet (UV) | 200mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1008-ND | RVXP1-280-SM-075708 | RayVio Corporation | EMITTER UV 280NM 200MA 24MW SMD | 20 - Immediate | 105.00000 | 4 | Tray | XP | Active | Ultraviolet (UV) | 200mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1011-ND | RVXP1-280-SB-075708 | RayVio Corporation | EMITTER UV 280NM 200MA 24MW SMD | 12 - Immediate | 107.80000 | 4 | Tray | XP | Active | Ultraviolet (UV) | 200mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1012-ND | RVXP4-280-SM-076232 | RayVio Corporation | EMITTER UV 280NM 200MA 40MW SMD | 8 - Immediate | 159.60000 | 2 | Tray | XP | Active | Ultraviolet (UV) | 200mA | - | 280nm | 26V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1016-ND | RVXP4-280-SB-076232 | RayVio Corporation | EMITTER UV 280NM 200MA 40MW SMD | 8 - Immediate | 162.26000 | 2 | Tray | XP | Active | Ultraviolet (UV) | 200mA | - | 280nm | 26V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1013-ND | RVXP4-280-SM-076532 | RayVio Corporation | EMITTER UV 280NM 200MA 50MW SMD | 8 - Immediate | 206.15000 | 2 | Tray | XP | Active | Ultraviolet (UV) | 200mA | - | 280nm | 26V | 120° | Top View | 80°C (TJ) | Surface Mount |
| | | | 1807-1017-ND | | | | | 208.81000 | 2 | Tray | XP | Active | | 200mA | - | 280nm | 26V | 120° | Top View | 80°C (TJ) | |

| Compare Parts | | Image | Digi-Key Part Number | Manufacturer Part Number | Manufacturer | Description | Quantity Available | Unit Price USD | Minimum Quantity | Packaging | Series | Part Status | Type | Current - DC Forward (If) (Max) | Radiant Intensity (Ie) Min @ If | Wavelength | Voltage - Forward (Vf) (Typ) | Viewing Angle | Orientation | Operating Temperature | Mounting Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | | | | RVXP4-280-SB-076532 | RayVio Corporation | EMITTER UV 280NM 200MA 50MW SMD | 8 - Immediate | | | | | | Ultraviolet (UV) | | | | | | | | Surface Mount |
| ☐ | | | 1807-1014-ND | RVXP4-280-SM-076832 | RayVio Corporation | EMITTER UV 280NM 200MA 60MW SMD | 8 - Immediate | 242.06000 | 2 | Tray | XP | Active | Ultraviolet (UV) | 200mA | - | 280nm | 26V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1018-ND | RVXP4-280-SB-076832 | RayVio Corporation | EMITTER UV 280NM 200MA 60MW SMD | 8 - Immediate | 244.72000 | 2 | Tray | XP | Active | Ultraviolet (UV) | 200mA | - | 280nm | 26V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1015-ND | RVXP4-280-SM-077132 | RayVio Corporation | EMITTER UV 280NM 200MA 70MW SMD | 8 - Immediate | 312.55000 | 2 | Tray | XP | Active | Ultraviolet (UV) | 200mA | - | 280nm | 26V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1019-ND | RVXP4-280-SB-077132 | RayVio Corporation | EMITTER UV 280NM 200MA 70MW SMD | 8 - Immediate | 315.21000 | 2 | Tray | XP | Active | Ultraviolet (UV) | 200mA | - | 280nm | 26V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1003-ND | RVXE-280-SB-071004 | RayVio Corporation | EMITTER UV 280NM 200MA SMD | 0 Standard Lead Time 8 Weeks | 10.99750 | 4 | Tray | XE | Active | Ultraviolet (UV) | 150mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |
| ☐ | | | 1807-1004-ND | RVXE-280-SB-071504 | RayVio Corporation | EMITTER UV 280NM 150MA 4MW SMD | 16 - Immediate | 16.45000 | 4 | Tray | XE | Active | Ultraviolet (UV) | 150mA | - | 280nm | 6.5V | 120° | Top View | 80°C (TJ) | Surface Mount |

Results per Page 500    Page 1/1    **Download Table**

07:38:02 9/13/2017

Copyright © 1995-2017, Digi-Key Electronics.
All Rights Reserved.
701 Brooks Avenue South,
Thief River Falls, MN 56701 USA