# EXHIBIT 4





New Product



| Product Overview | |
|---|---|
| Digi-Key Part Number | 1807-1012-ND |
| Quantity Available | 8 Can ship immediately |
| Manufacturer | RayVio Corporation |
| Manufacturer Part Number | RVXP4-280-SM-076232 |
| Description | EMITTER UV 280NM 200MA 40MW SMD |
| Moisture Sensitivity Level (MSL) | 1 (Unlimited) |
| Manufacturer Standard Lead Time | 8 Weeks |
| Detailed Description | Ultraviolet (UV) Emitter 280nm 26V 200mA 120° 2-SMD, No Lead, Exposed Pad |

### Price & Procurement

All prices are in USD.

| Price Break | Unit Price | Extended Price |
|---|---|---|
| 2 | 159.60000 | 319.20 |
| 14 | 156.00000 | 2,184.00 |
| 30 | 150.00000 | 4,500.00 |

Submit a request for quotation on quantities greater than those displayed.



| Documents & Media | |
|---|---|
| Datasheets | XP Series |
| Featured Product | XP Series UV Emitter |
| Online Catalog | XP Series |

| Product Attributes | |
|---|---|
| Categories | Optoelectronics<br>　Infrared, UV, Visible Emitters |
| Manufacturer | RayVio Corporation |
| Series | XP |
| Packaging | Tray |
| Part Status | Active |
| Type | Ultraviolet (UV) |
| Current - DC Forward (If) (Max) | 200mA |
| Radiant Intensity (Ie) Min @ If | - |
| Wavelength | 280nm |
| Voltage - Forward (Vf) (Typ) | 26V |
| Viewing Angle | 120° |
| Orientation | Top View |
| Operating Temperature | 80°C (TJ) |
| Mounting Type | Surface Mount |
| Package / Case | 2-SMD, No Lead, Exposed Pad |

2,781 Remaining

## You May Also Be Interested In

     

| RVXP1-280-SB-074908 | RVXP1-280-SM-074908 | RVXP1-280-SM-075408 | RVXE-280-SM-072604 | RVXE-280-SM-071504 |
|---|---|---|---|---|
| RayVio Corporation | RayVio Corporation | RayVio Corporation | RayVio Corporation | RayVio Corporation |
| EMITTER UV 280NM 200MA 14MW SMD | EMITTER UV 280NM 200MA 14MW SMD | EMITTER UV 280NM 200MA 18MW SMD | EMITTER UV 280NM 150MA 6MW SMD | EMITTER UV 280NM 150MA 4MW SMD |
| **Unit Price** 68.06000 | **Unit Price** 68.25000 | **Unit Price** 78.00000 | **Unit Price** 29.80000 | **Unit Price** 12.67000 |
| 1807-1009-ND | 1807-1006-ND | 1807-1007-ND | 1807-1002-1-ND | 1807-1001-1-ND |

## Additional Resources

| | |
|---|---|
| Standard Package | 2 |
| Other Names | 1807-1012 |

16:07:19 9/8/2017

Copyright © 1995-2017, Digi-Key Electronics. All Rights Reserved. 701 Brooks Avenue South, Thief River Falls, MN 56701 USA