# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Case Number:

Plaintiff(s)

v.

**RULE 7.1 – CORPORATE DISCLOSURE STATEMENT**

Defendant(s)

makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does (party name) have a parent corporation?

    ☐ Yes     ☐ No

    If yes, the parent corporation is _____.

2. Is 10% or more of the stock of (party name) owned by a publicly held corporation?

    ☐ Yes     ☐ No

    If yes, identify all such owners _____.

Date: _____

S/ _____
Attorney Name:
Bar ID:
Law Firm:
Address:

Phone:
Email:
ATTORNEY FOR