# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Nitride Semiconductors Co., Ltd. | **NOTICE OF APPEARANCE** |
| Plaintiff(s) | Case No: 17-4359 |
| v. | |
| Digi-Key Corporation d/b/a Digi-Key Electronics | |
| Defendant(s) | |

The undersigned attorney hereby notifies the Court and counsel that RJ Zayed and Forrest Tahdooahnippah of Dorsey & Whitney LLP, shall appear as counsel of record for Plaintiff Nitride Semiconductors Co., Ltd. in this case.

Dated: September 22, 2017	*/s/ Forrest Tahdooahnippah*
	RJ Zayed (#0309849)
	Forrest Tahdooahnippah (#0391459)
	DORSEY &WHITNEY LLP
	50 South Sixth St., Suite 1500
	Minneapolis, MN  55402
	Telephone:  (612) 340-2600
	Facsimile: (612) 340-2868
	zayed.rj@dorsey.com
	forrest@dorsey.com