UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nitride Semiconductors Co., Ltd., | Civil No. 17-4359 (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Digi-Key Corporation d/b/a Digi-Key Electronics, | |
| Defendant. | |

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise requested by the parties or directed by the Court.

Dated:  September 25, 2017            s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge