# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Nitride Semiconductors Co., Ltd.

Case Number:

Plaintiff(s)

v.

**RULE 7.1 – CORPORATE DISCLOSURE STATEMENT**

Digi-Key Corporation

Defendant(s)

Nitride Semiconductors Co., Ltd. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does (party name) have a parent corporation?

    ☐ Yes  ☑ No

    If yes, the parent corporation is _____.

2. Is 10% or more of the stock of (party name) owned by a publicly held corporation?

    ☐ Yes  ☑ No

    If yes, identify all such owners _____.

Date: 9/22/2017

s/RJ Zayed

Attorney Name: RJ Zayed
Bar ID: 0309849
Law Firm: Dorsey & Whitney LLP
Address: 50 South Sixth Street Suite 1500
Minneapolis, MN 55402-1498
Phone: 612-340-2600
Email: zayed.rj@dorsey.com
ATTORNEY FOR PLAINTIFF