# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Minnesota

Case Number: 0:17-CV-04359-DWF-LIB

Plaintiff:
**Nitride Semiconductors Co. Ltd.**

vs.

Defendant:
**Digi-Key Corporation**

Received by Excel Legal Courier to be served on **DIGI-KEY CORPORATION, 701 Brooks Ave. S, Thief River Falls, MN 56701**.

I, Russell F Hons, do hereby affirm that on the **3rd day of October, 2017 at 10:25 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT w/ EXHIBITS**, to: **Roy Lunde as CFO for DIGI-KEY CORPORATION**, at the address of: **701 Brooks Ave S, Thief River Falls, MN 56701**

I am a citizen of the United States; I am over the age of 18, and am not an interested party to the above action; and that I know of my own knowledge that the copies of the attached were served upon the person intended and entitled to be served.

_____
Russell F Hons
Process Server

**Excel Legal Courier**
6607 18th Ave S. Suite 204
Richfield, MN 55423
(612) 781-5840

Our Job Serial Number: HNI-2017000108

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n