UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 17-cv-04359 (DWF-LIB) ) |
| DIGI-KEY CORPORATION, | ) ) |
| Defendant. | ) ) |

NOTICE OF APPEARANCE
OF DAVID D. AXTELL

**PLEASE TAKE NOTICE** that the undersigned counsel, David D. Axtell, hereby enters his appearance in the above-captioned matter as litigation counsel on behalf of Defendant Digi-Key Corporation.

Dated: October 20, 2017

s/ David D. Axtell
David D. Axtell (#314596)
STINSON LEONARD STREET
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
(612) 335-7247
david.axtell@stinson.com
Counsel for Defendant Digi-Key Corporation