# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> DIGI-KEY CORPORATION D/B/A/ DIGI-KEY ELECTRONICS, <br><br> Defendant. | Civil Action No. 0:17cv04359 DWF/LIB <br><br> **JURY TRIAL DEMANDED** <br><br><br> **DEFENDANT'S MOTION TO STAY** |

Defendant Digi-Key Corporation ("Digi-Key") hereby moves the Court for an Order to stay the proceedings in this case pending adjudication of a case brought by Plaintiff Nitride Semiconductors Co., Ltd. ("Nitride") against the manufacturer of the accused products, RayVio Corporation ("RayVio"), in the Northern District of California, captioned *Nitride Semiconductors Co., Ltd. v. RayVio Corporation*, Case No. 3:17-cv-02952.

This motion is based on all of the files, records and proceedings herein, the supporting memorandum of law and declarations submitted herewith, and the arguments of counsel.

Date:  October 24, 2017               STINSON LEONARD STREET LLP

                            By:    s/David D. Axtell
                                   (Minnesota Bar #314596)
                                   50 South Sixth Street, Suite 2600
                                   Minneapolis, MN  55402
                                   Tel:  (612) 335-1500
                                   Fax:  (612) 335-7247
                                   david.axtell@stinson.com

                                                     -2-

DENTONS US LLP
Robert F. Kramer (*pro hac vice*)
Jennifer D. Bennett (*pro hac vice*)
Russell S. Tonkovich (*pro hac vice*)
1530 Page Mill Road, Ste. 200
Palo Alto, CA 94304
Tel:  (650) 798-0300
Fax:   (650) 798-0310
robert.kramer@dentons.com
jennifer.bennett@dentons.com
Russell.tonkovich@dentons.com

**ATTORNEYS FOR DEFENDANT DIGI-KEY CORPORATION**