# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> DIGI-KEY CORPORATION D/B/A/ DIGI-KEY ELECTRONICS, <br><br> Defendant. | Civil Action No. 0:17cv04359 DWF/LIB <br><br> **JURY TRIAL DEMANDED** <br><br> **NOTICE OF HEARING ON MOTION TO STAY** |

PLEASE TAKE NOTICE that on January 12 at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Judge Donovan W. Frank, in Courtroom 7C of the United States District Court for the District of Minnesota, Edward J. Devitt United States Courthouse and Federal Building, 118 South Mill Street, Fergus Falls, Minnesota 56537, Defendant Digi-Key Corp. ("Digi-Key") will move the Court to stay these proceedings pending adjudication of a case brought by Plaintiff Nitride Semiconductors Co., Ltd. ("Nitride") against the manufacturer of the accused products, RayVio Corporation ("RayVio"), in the Northern District of California, captioned *Nitride Semiconductors Co., Ltd. v. RayVio Corporation*, Case No. 3:17-cv-02952. Nitride's counsel has told Digi-Key's counsel that it will not oppose this Motion to Stay.

Date: October 24, 2017

STINSON LEONARD STREET LLP

By: s/David D. Axtell
(Minnesota Bar #314596)
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Tel:  (612) 335-1500
Fax:  (612) 335-7247
david.axtell@stinson.com

DENTONS US LLP
Robert F. Kramer (*pro hac vice*)
Jennifer D. Bennett (*pro hac vice*)
Russell S. Tonkovich (*pro hac vice*)
1530 Page Mill Road, Ste. 200
Palo Alto, CA 94304
Tel:  (650) 798-0300
Fax:   (650) 798-0310
robert.kramer@dentons.com
jennifer.bennett@dentons.com
Russell.tonkovich@dentons.com

**ATTORNEYS FOR DEFENDANT DIGI-KEY CORPORATION**