UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> DIGI-KEY CORPORATION D/B/A/ DIGI-KEY ELECTRONICS, <br><br> Defendant. | Civil Action No. 0:17cv04359-DWF-LIB <br><br> **JURY TRIAL DEMANDED** <br><br> **DECLARATION OF DAVID STEIN IN SUPPORT OF DEFENDANT'S MOTION TO STAY** |

I, David Stein, declare as follows:

1. I am the Vice President of Semiconductors at Digi-Key Electronics ("Digi-Key"). I submit this declaration in support of Digi-Key's Motion to Stay. I have personal knowledge of the following facts, and if called as a witness, would testify as follows:

2. Digi-Key is an on-line distributor of electronic components and a broad-line distributor of board level components. Digi-Key's web site is at the following link: https://www.digikey.com. Digi-Key offers for sale electronic components for thousands of manufacturers on its web site.

3. Digi-Key and RayVio signed a Distributor Agreement in April 2017, by which certain of RayVio's UV LED products would be offered for sale on Digi-Key's on-line web site.

4. Digi-Key has no knowledge of, and is not involved in the design, development or manufacture of RayVio's UV LEDs. Moreover, Digi-Key does not have RayVio confidential technical documents or information describing the design, development or manufacture of RayVio's UV LEDs, other than access to publicly available information about these products.

5. On or about August 22, 2017, it was announced that RayVio's UV LEDs would be distributed on Digi-Key's on-line website. There are two series of RayVio UV LED products available for purchase on Digi-Key's web site: (i) RayVio's XE Series UV Emitter and (ii) RayVio's XP Series UV Emitter. These products are listed at the following links on Digi-Key's website:

    a. https://www.digikey.com/en/supplier-centers/r/rayvio?&WT.srch=1&gclid=EAIaIQobChMImqqNv7P71gIVA6ppCh00Sgw9EAAYASAAEgJ9wvD_BwE;

    b. https://www.digikey.com/en/product-highlight/r/rayvio/xp-series-uv-emitter; and

    c. https://www.digikey.com/en/product-highlight/r/rayvio/xe-series-uv-emitter.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct and that this declaration is executed on October __, 2017, in Thief River Falls, Minnesota.

Dated: October 21, 2017    By: _____
                                        David Stein