# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> DIGI-KEY CORPORATION D/B/A/ DIGI-KEY ELECTRONICS, <br><br> Defendant. | Civil Action No. 0:17cv04359 DWF/LIB <br><br> **JURY TRIAL DEMANDED** <br><br><br> **DECLARATION OF JENNIFER D. BENNETT IN SUPPORT OF DEFENDANT'S MOTION TO STAY** |

I, Jennifer D. Bennett, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at Dentons US LLP and counsel of record for Defendant Digi-Key Corporation ("Digi-Key") in this action. I have personal knowledge of the following facts, and if called as a witness, would testify as follows:

2. On May 23, 2017, Plaintiff Nitride Semiconductors Co., Ltd. filed a patent infringement lawsuit against Defendant RayVio Corporation ("RayVio") in the Northern District of California, captioned *Nitride Semiconductors Co., Ltd. v. RayVio Corporation*, Case No. 5:17-cv-02952 ("*RayVio* Action"). A copy of the Complaint is attached as Exhibit 1.

3. The RayVio Action is in its early stages. As of August through today, the parties have commenced discovery including, serving Interrogatories and Requests for Document Production. RayVio has served written responses to Nitride's discovery. On

September 8, 2017, Nitride served Infringement Contentions. Nitride produced approximately 850 page in its first production of documents in September 2017. RayVio will begin producing documents with service of its Invalidity Contentions on October 24, 2017. On October 24, 2017, RayVio is scheduled to serve Invalidity Contentions. A Claim Construction Hearing is scheduled for April 19, 2018. No trial date has been scheduled.

4. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 6,861,270.

5. Attached as Exhibit 3 is a true and correct copy of a letter from Robert Kramer, counsel for Digi-Key, to counsel for Nitride, dated October 11, 2017.

6. Attached as Exhibit 4 is a true and correct copy of an e-mail string between Robert Kramer, counsel for Digi-Key and Charles Sanders, counsel for Nitride, dated October 23, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on October 24, 2017, in San Francisco, California.

Dated: October 24, 2017

By: Jennifer D. Bennett