# Exhibit 4

| | |
|---|---|
| **From:** | Charles.Sanders@lw.com |
| **Sent:** | Monday, October 23, 2017 9:22 AM |
| **To:** | Kramer, Robert F. |
| **Cc:** | Anant.Saraswat@lw.com; Daniel.Radke@lw.com; *Client.Rayvio-Dentons Team |
| **Subject:** | RE: Nitride Semiconductors v. Digi-Key Corp., Minnesota District Court |

Rob,

NS will not oppose Digi-key's motion to stay the case based on the case pending against RayVio based on the current circumstances.  NS reserves all rights to proceed with the case against Digi-key if circumstances change in the future.

Regards,

**Charles H. Sanders**

**LATHAM & WATKINS LLP**
200 Clarendon Street | Boston, MA 02116
D: +1.617.948.6022

---

**From:** Kramer, Robert F. [mailto:robert.kramer@dentons.com]
**Sent:** Friday, October 20, 2017 4:34 PM
**To:** Sanders, Charles (BN) <Charles.Sanders@lw.com>
**Cc:** Saraswat, Anant K. (BN) <Anant.Saraswat@lw.com>; Radke, Daniel (SF) <Daniel.Radke@lw.com>; *Client.Rayvio-Dentons Team <Client.Rayvio-DentonsTeam@dentons.com>
**Subject:** Nitride Semiconductors v. Digi-Key Corp., Minnesota District Court

Counsel,

We write on behalf of our client, defendant Digi-Key Corporation, which plans to file a motion this coming week seeking to stay Nitride Semiconductor's case filed in the district court in Minnesota pending the outcome of the Nitride Semiconductors v. RayVio case. You advised us that plaintiff Nitride Semiconductors will not oppose Digi-Key's motion to stay that case. If we misunderstand, please advise at your earliest convenience.

Thank you, Rob Kramer

**大成 DENTONS**

**Robert F. Kramer**
Partner
D +1 650 798 0356 | D +1 415 882 2416 | US Internal 42416
1530 Page Mill Road
Suite 200
Palo Alto, CA 94304-1125

robert.kramer@dentons.com
Bio   |   Website

Dentons US LLP

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This

email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements.

Latham & Watkins LLP