# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> DIGI-KEY CORPORATION D/B/A/ DIGI-KEY ELECTRONICS, <br><br> Defendant. | Civil Action No. 0:17cv04359 DWF/LIB <br><br> **JURY TRIAL DEMANDED** <br><br><br> MEET AND CONFER STATEMENT REGARDING DEFENDANT'S MOTION TO STAY |

The undersigned counsel for Defendant Digi-Key Corporation ("Digi-Key") hereby certifies that Digi-Key attempted in good faith pursuant to L.R. 7.1 (a)(1)(A) to resolve, and was able to resolve, the subject of the present motion. I certify on behalf of Digi-Key, on October 11, 2017, Robert Kramer, counsel for Digi-Key, sent a letter to Plaintiff's counsel requesting that Plaintiff Nitride Semiconductors Co., Ltd. ("Nitride") agree to stay the present case pending the outcome of *Nitride Semiconductors Co., Ltd. v. RayVio Corporation*, Case No. 3:17-cv-02952, pending in the Northern District of California, and discussed these issues on October 20, 2017. The parties were able to reach a resolution as to this motion to stay whereby Nitride agreed in writing on October 23, 2017, that Nitride would not oppose the present motion but reserved its rights to proceed with the case against Digi-Key if circumstances changed in the future.

| | |
|---|---|
| Date: October 24, 2017 | STINSON LEONARD STREET LLP |
| | By: s/David D. Axtell<br>(Minnesota Bar #314596)<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 335-1500<br>Fax: (612) 335-7247<br>david.axtell@stinson.com<br><br>DENTONS US LLP<br>Robert F. Kramer (*pro hac vice*)<br>Jennifer D. Bennett (*pro hac vice*)<br>Russell S. Tonkovich (*pro hac vice*)<br>1530 Page Mill Road, Ste. 200<br>Palo Alto, CA 94304<br>Tel: (650) 798-0300<br>Fax: (650) 798-0310<br>robert.kramer@dentons.com<br>jennifer.bennett@dentons.com<br>Russell.tonkovich@dentons.com<br><br>**ATTORNEYS FOR DEFENDANT DIGI-KEY CORPORATION** |