# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nitride Semiconductors Co., Ltd., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 17-cv-04359 (DWF-LIB) ) |
| Digi-Key Corporation | ) ) |
| Defendant. | ) |

## DEFENDANT DIGI-KEY CORPORATION'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant Digi-Key Corporation ("Digi-Key") states that Digi-Key has no parent corporation and that no publicly held corporation currently owns 10% or more of Digi-Key's stock.

Date: October 24, 2017

STINSON LEONARD STREET LLP

By: s/David D. Axtell
(Minnesota Bar #314596)
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1500
Fax: (612) 335-7247
david.axtell@stinson.com

DENTONS US LLP
Robert F. Kramer (*pro hac vice*)
Jennifer D. Bennett (*pro hac vice*)
Russell S. Tonkovich (*pro hac vice*)
1530 Page Mill Road, Ste. 200
Palo Alto, CA 94304
Tel: (650) 798-0300
Fax: (650) 798-0310
robert.kramer@dentons.com

jennifer.bennett@dentons.com
Russell.tonkovich@dentons.com

**ATTORNEYS FOR DEFENDANT
DIGI-KEY CORPORATION**