# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> DIGI-KEY CORPORATION D/B/A/ DIGI-KEY ELECTRONICS, <br><br> Defendants. | Civil Action No. 0:17cv04359 DWF/LIB <br><br> **JURY TRIAL DEMANDED** <br><br> **[PROPOSED] ORDER** |

This matter comes before the Court on Defendant's Motion to Stay this case pending the outcome of a similar case against RayVio Corporation pending in the Northern District of California between Plaintiff Nitride Semiconductors Co., Ltd. and RayVio Corporation (Case No. 5:17-cv-02952-EJD).

The Court, having considered Defendant's Motion, finds that Defendant's Motion to Stay is GRANTED.

IT IS SO ORDERED.

Dated:                    By: /s/ _____
                                                    United States District Court Judge