# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> DIGI-KEY CORPORATION D/B/A/ DIGI-KEY ELECTRONICS, <br><br> Defendant. | Civil Action No. 0:17cv04359 DWF/LIB <br><br> **JURY TRIAL DEMANDED** <br><br><br> **JOINT REQUEST TO CANCEL HEARING DATE** |

Plaintiff Nitride Semiconductors Co., Ltd. ("Nitride") and Defendant Digi-Key Corporation ("Digi-Key") submit this Joint Request to Cancel the Hearing Date set for January 12 at 9:00 a.m. on Defendant's Motion to Stay.

On October 24, 2017, Digi-Key filed a Notice of Motion (ECF 24) and Motion to Stay (ECF 23) pending the adjudication of a currently pending case filed by Plaintiff Nitride against the manufacturer of the accused products, RayVio Corporation ("RayVio"), pending in the Northern District of California, captioned *Nitride Semiconductors Co., Ltd. v. RayVio Corporation*, Case No. 5:17-cv-02952. On October 31, 2017, Nitride filed a Statement of Non-Opposition (ECF 32) to Digi-Key's Motion to Stay.

As the pending Motion to Stay this case is Unopposed, the need for a formal hearing is moot, and the Parties request this Joint Request to Cancel the Hearing Date set for January 12 at 9:00 a.m. on Defendant's Motion to Stay be canceled.

Date: December 14, 2017  STINSON LEONARD STREET LLP

By: s/David D. Axtell
(Minnesota Bar #314596)
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1500
Fax: (612) 335-7247
david.axtell@stinson.com

DENTONS US LLP
Robert F. Kramer (*pro hac vice*)
Jennifer D. Bennett (*pro hac vice*)
Russell S. Tonkovich (*pro hac vice*)
1530 Page Mill Road, Ste. 200
Palo Alto, CA 94304
Tel: (650) 798-0300
Fax: (650) 798-0310
robert.kramer@dentons.com
jennifer.bennett@dentons.com
Russell.tonkovich@dentons.com

**ATTORNEYS FOR DEFENDANT DIGI-KEY CORPORATION**

- AND -

105978809\V-2
136463286.1

Date:  December 14, 2017     DORSEY & WHITNEY LLP

By:  s/RJ Zayed
RJ Zayed (#0309849)
Forrest Tahdooahnippah (#0391459)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402
Tel:  (612) 340-2600
Fax:  (612) 340-2868
zayed.rj@dorsey.com
forrest@dorsey.com

LATHAM & WATKINS LLP
Anant K. Saraswat (*pro hac vice*)
*anant.saraswat@lw.com*
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 948-6000
Facsimile:  (617) 948-6001

LATHAM & WATKINS LLP
Daniel M. Radke (*pro hac vice*)
*daniel.radke@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095

*Attorneys for Plaintiff*
***NITRIDE SEMICONDUCTORS CO., LTD.***