**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Nitride Semiconductors Co., Ltd., | Civil No. 17-4359 (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER GRANTING STAY OF ALL DEADLINES AND RULINGS** |
| Digi-Key Corporation d/b/a Digi-Key Electronics, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Stay (Doc. No. 23) pending the outcome of a related case in the Northern District of California: *Nitride Semiconductors Co., Ltd. v. RayVio Corporation*, Case No. 5:17-cv-02952. Plaintiff does not oppose Defendant's motion, but Plaintiff reserves its rights in the event that circumstances change. (Doc. No. 32.)

Based upon the foregoing, **IT IS HEREBY ORDERED** that:

1. Defendant Nitride Semiconductors Co., Ltd.'s Motion to Stay (Doc. No. [23]) is **GRANTED**.

2. This case is **STAYED** pending the resolution of *Nitride Semiconductors Co., Ltd. v. RayVio Corporation*, Case No. 5:17-cv-02952.

3. Within 21 days of the resolution of *Nitride Semiconductors Co., Ltd. v. RayVio Corporation*, Case No. 5:17-cv-02952, the parties will jointly file a status report with the Court with an update and recommendation on next steps.

4. The January 12, 2018 hearing on Plaintiff's Motion to Stay is **CANCELED**.

5. Plaintiff may petition the Court to lift the stay prior to the resolution of *Nitride Semiconductors Co., Ltd. v. RayVio Corporation*, Case No. 5:17-cv-02952 if circumstances change.

Dated: December 15, 2017

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge