# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> DIGI-KEY CORPORATION D/B/A DIGI-KEY ELECTRONICS, <br><br> Defendant. | Civil Action No. 0:17-cv-04359-DWF-LIB <br><br> **NOTICE OF WITHDRAWAL OF ANANT K. SARASWAT AS ATTORNEY FOR NITRIDE SEMICONDUCTORS CO., LTD.** |

PLEASE TAKE NOTICE that Anant K. Saraswat has left the firm of Latham & Watkins LLP. Accordingly, please remove Anant K. Saraswat as counsel of record for Plaintiff Nitride Semiconductors Co., Ltd. in this matter.

This withdrawal notice is being filed consistent with Local Rule 83.7(a) and all other attorneys of record for Plaintiff Nitride Semiconductors Co., Ltd. will remain counsel of record for Plaintiff Nitride Semiconductors Co., Ltd. after this withdrawal.

DATED: May 4, 2018

Respectfully submitted,

**LATHAM & WATKINS LLP**

*s/ Daniel M. Radke*
Daniel M. Radke (*pro hac vice*)
*daniel.radke@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

**DORSEY & WHITNEY LLP**
Forrest Tahdooahnippah
*tahdooahnippah.f@dorsey.com*
50 S 6th St Ste 1500
Minneapolis, MN 55402-1498
Telephone: (612) 492-6876
Facsimile: (612) 486-8897

R J Zayed
*zayed.rj@dorsey.com*
50 S 6th St Ste 1500
Minneapolis, MN 55402-1498
Telephone: (612) 492-6711
Facsimile: (612) 573-6650

***Attorneys for Plaintiff***
***NITRIDE SEMICONDUCTORS CO., LTD.***