## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Nitride Semiconductors Co., Ltd. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| Plaintiff, | Case No: 0:17-cv-04359 DWF/LIB |
| v. | |
| Digi-Key Corporation d/b/a Digi-Key Electronics | |
| Defendant. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, Plaintiff Nitride Semiconductors Co., Ltd. hereby notifies the Court and counsel that Daniel Radke hereby withdraws as counsel. Holly Victorson will seek admission *pro hac vice* and will substitute as counsel for Daniel Radke in this case.

Plaintiff will continue to be represented by R.J. Zayed and Forrest Tahdooahnippah of Dorsey & Whitney LLP in this case.

Dated: July 9, 2018  Respectfully submitted,

By: s/Forrest Tahdooahnippah
RJ Zayed (#0309849)
Forrest Tahdooahnippah (#0391459)
DORSEY &WHITNEY LLP
50 South Sixth St., Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
zayed.rj@dorsey.com
forrest@dorsey.com

LATHAM & WATKINS LLP
Holly Victorson (*pro hac vice* motion to be filed)
*Holly.victorson@lw.com*
555 Eleventh Street, NW
Suite 1000
Washington, D.C.
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Attorneys for Plaintiff*
***NITRIDE SEMICONDUCTORS CO., LTD.***