# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>DIGI-KEY CORPORATION D/B/A DIGI-KEY ELECTRONICS,<br><br>    Defendant. | Civil Action No. 17-cv-04359-DWF-LIB |

## JOINT STATUS REPORT

Pursuant to the Court's December 15, 2017 Order staying this case (Dkt. No. 34), Plaintiff Nitride Semiconductors Co., Ltd. ("NS") and Defendant Digi-Key Corporation d/b/a Digi-Key Electronics ("Digi-Key") (together the "Parties") hereby submit this Joint Status Report regarding the status of *Nitride Semiconductors Co., Ltd. v. RayVio Corporation*, Case No. 5:17-cv-02952.

On January 13, 2020, the Court in *Nitride Semiconductors Co., Ltd. v. RayVio Corporation*, Case No. 5:17-cv-02952, granted NS's Motion for Default Judgment and judgment was entered in favor of Plaintiff Nitride Semiconductor and against Defendant RayVio Corporation. The default judgment came about due to RayVio's effective cessation of operations. On September 13, 2019, RayVio made a General Assignment for the Benefit of Creditors. It is NS's understanding that RayVio's assets were not sufficient to satisfy RayVio's outstanding creditors and that as a result RayVio chose to cease funding its defense in the *Nitride Semiconductors Co., Ltd. v. RayVio Corporation* case.

Given the disposition of the *Nitride Semiconductors Co., Ltd. v. RayVio Corporation* case, NS seeks to lift the stay in this action, and requests that the Court issue an Order scheduling a status conference to discuss a revised scheduling order. NS has advised Digi-Key that NS will seek to file an amended complaint adding new accused products not manufactured by RayVio,

but NS has not provided a draft complaint or identified any such new accused products to Digi-Key.

Digi-key has suggested that the parties explore resolution of this matter given Digi-Key's minimal sales of the identified accused products manufactured by RayVio.  While NS is open to exploring resolution, it is not optimistic that one can be had at this time, and NS instructed Digi-Key to reach out to Nitride's Japanese Counsel, Tomohiro Yoneyama, to discuss a resolution of the lawsuit in Minnesota.  In any event, several years have passed since NS originally filed this suit and it is eager to finally prosecute its claims of infringement against Digi-key.

Dated: February 26, 2020

| /s/ Forrest Tahdooahnippah | /s/ Katherine A. Moerke |
|---|---|
| Forrest Tahdooahnippah | Katherine A. Moerke (0312277) |
| forrest@dorsey.com | katie.moerk@stinson.com |
| RJ Zayed | David D. Axtell (0314596) |
| zayed.rj@dorsey.com | david.axtell@stinson.com |
| | |
| Dorsey & Whitney LLP | Stinson LLP |
| 50 South Sixth Street | 50 South Sixth Street |
| Suite 1500 | Suite 2600 |
| Minneapolis, MN 55402-1498 | Minneapolis, MN 55402-1498 |
| Tel: (612) 340-2600 | Tel: (612) 335-1500 |
| Fax: (612) 340-2868 | Fax: (612) 335-1657 |
| | |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
| **NITRIDE SEMICONDUCTORS CO., LTD.** | **DIGI-KEY CORPORATION** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2020, a true and correct copy of the foregoing was electronically filed using the CM/ECF filing system with the Clerk of the Court, which sent a Notice of Electronic Filing to all counsel of record.

By:   */s/ Forrest Tahdooahnippah*