# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Nitride Semiconductors Co., Ltd.,            Civil No. 17-4359 (DWF/LIB)

         Plaintiff,

v.                                                                   **ORDER**

Digi-Key Corporation, *doing business
as Digi-Key Electronics*,

         Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.

**IT IS HEREBY ORDERED,** that pursuant to this Court's Order for Assignment of Cases dated January 10, 2020, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 28, 2020            s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge