# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> DIGI-KEY CORPORATION D/B/A/ DIGI-KEY ELECTRONICS, <br><br> Defendant. | Civil Action No. 0:17cv04359 DWF/LIB <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

TO:   The Court and all parties, through their counsel of record.

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(b), Holly Victorson, Latham and Watkins LLP, hereby withdraws as counsel for Plaintiff Nitride Semiconductors, Co., Ltd.  Etai Lahav and David Radulescu, Radulescu LLP, will seek admission *pro hac vice* and will substitute as counsel for Plaintiff Nitride Semiconductors Co., Ltd.  Plaintiff will continue to be represented by R.J. Zayed and Forrest Tahdooahnippah of Dorsey & Whitney LLP in this case.

| | |
|---|---|
| Dated:  April 28, 2020 | LATHAM AND WATKINS LLP <br><br> By  /s/ Holly Victorson <br> Holly Victorson (pro hac vice) <br> holly.victorson@lw.com <br> 555 Eleventh Street, NW <br> Suite 1000 <br> Washington, D.C. <br> Telephone:  (202) 637-2200 <br> Facsimile: (202) 637-2201 |

-2-

RADULESCU LLP

By _____

David Radulescu
david@radip.com
Etai Lahav
etai@radip.com
The Empire State Building
350 Fifth Ave
Suite 6910
New York, NY 10118
Telephone: (646) 502-5950
Facsimile: (646) 502-5959

*Attorneys for Plaintiff Nitride Semiconductors Co., Ltd.*