UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nitride Semiconductors Co. Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Digi-Key Corporation *doing business as* Digi-Key Electronics, <br><br> Defendant. | Case No.:   17-cv-04359 (JRT – LIB) <br><br><br> **WORD COUNT COMPLIANCE CERTIFICATE** |

I, Katherine A. Moerke, certify that Digi-Key's Memorandum in Opposition to Nitride's Motion for Leave to Amend Its Complaint complies with the length and type-size limitations of Local Rule 7.1 for the District of Minnesota.

I further certify that this memorandum was prepared using Microsoft Word 2016 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the word count for the document is 2,465 words.

**STINSON LLP**

Dated:  June 12, 2020

By: /s/  Katherine A. Moerke
David Axtell (#314596)
Katherine A. Moerke (#0312277)
50 South Sixth Street, Suite 2600
Minneapolis, MN  55402
Telephone:  612.335.1500
Email:  david.axtell@stinson.com
            katie.moerke@stinson.com

**ATTORNEYS FOR DEFENDANTS DIGI-KEY CORPORATION D/B/A DIGI-KEY ELECTRONICS**

CORE/2004304.0641/159917939.1