# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **NITRIDE SEMICONDUCTORS CO., LTD.**, <br><br> Plaintiff, <br><br> v. <br><br> **DIGI-KEY CORPORATION D/B/A DIGI-KEY ELECTRONICS**, | Civil Action No. 17-cv-4359 (JRT/LIB) |

## MEET AND CONFER STATEMENT REGARDING DIGI-KEY'S MOTION TO MODIFY THE PRETRIAL SCHEDULING ORDER

In accordance with Local Rule 7.1(a), I, Katherine A. Moerke, certify that counsel for Defendant Digi-Key Corporation d/b/a Digi-Key Electronics ("Digi-Key") met and conferred with counsel for Plaintiff Nitride Semiconductors, Co., Ltd. ("Nitride") regarding Digi-Key's Motion to Modify the Pretrial Scheduling Order before filing the motion. Specifically, I, along with Jonathan Short, spoke with Etai Lahav on Tuesday, July 21, 2020, following an e-mail exchange about the issues raised by Digi-Key's motion. The parties made a good-faith effort to resolve the issues raised by the motion but did not reach agreement and do not agree on the resolution of any part of the motion.

| | |
|---|---|
| Date: July 24, 2020 | By: /s/ Katherine A. Moerke<br>David Axtell (#314596)<br>Katherine A. Moerke (#0312277)<br>**STINSON LLP**<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: 612.335.1500<br>Facsimile: 612.335.1657<br>Email: david.axtell@stinson.com<br>katie.moerke@stinson.com<br><br>Jonathan Short (*pro hac vice*)<br>Mark Anania (*pro hac vice*)<br>**McCARTER & ENGLISH**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: 973.622.4444<br>Facsimile: 973.624.7070<br>Email: jshort@mccarter.com<br>manania@mccarter.com<br><br>**ATTORNEYS FOR DEFENDANT DIGI-KEY CORPORATION D/B/A DIGI-KEY ELECTRONICS** |