UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **NITRIDE SEMICONDUCTORS CO., LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**DIGI-KEY CORPORATION D/B/A DIGI-KEY ELECTRONICS,**<br><br>Defendant. | Civil Action No. 17-cv-4359 (JRT/LIB) |

## NOTICE OF WITHDRAWAL

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys notify the Court and counsel that Katherine A. Moerke is withdrawing from representation of Defendant Digi-Key Corporation d/b/a Digi-Key Electronics in this matter because she is joining the Office of the Minnesota Attorney General.

Date: November 17, 2020   By: /s/ Katherine A. Moerke
   Keith S. Moheban (#0216380)
   David Axtell (#314596)
   Katherine A. Moerke (#0312277)
   **STINSON LLP**
   50 South Sixth Street, Suite 2600
   Minneapolis, MN  55402
   Telephone:  612.335.1500
   Facsimile:  612.335.1657
   Email:  david.axtell@stinson.com
      katie.moerke@stinson.com
      keith.moheban@stinson.com

CORE/2004304.0641/163124315.1

2

        Jonathan Short (*pro hac vice*)
        Mark Anania (*pro hac vice*)
        **McCARTER & ENGLISH, LLP**
        Four Gateway Center
        100 Mulberry Street
        Newark, NJ  07102
        Telephone:  973.622.4444
        Facsimile:  973.624.7070
        Email:    jshort@mccarter.com
                  manania@mccarter.com

        **ATTORNEYS FOR DEFENDANT DIGI-KEY CORPORATION D/B/A DIGI-KEY ELECTRONICS**

2